Florence S. McGinley, appellee, v. The Corporation of the Royal Exchange Assurance, appellant. Gen. No. 36,770.

Heard in the second division of this court for the first district at the June term, 1933. Opinion filed March 6, 1934. Rehearing denied March 21, 1934.

Ekern & Meyers, for appellant; William E. Mooney and Luther F. Binkley, of counsel. David D. Stansbury, George F. Callaghan and Richard H. Welsh, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

H. J. Grigoleit Company, appellant, v. The Grigoleit Company et al., appellees. Gen. No. 36,779.

Heard in the second division of this court for the first district at the June term, 1933. Opinion filed March 6, 1934.

Wisner, Davis & Walsh, for appellant. Bangs, Crane & Slater, for appellees; Martin Crane, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

John H. Ehardt, defendant in error, v. Frank J. Broucek, plaintiff in error. Gen. No. 36,789.

Heard in the second division of this court for the first district at the June term, 1933. Opinion filed March 6, 1934.

Meyer Shapiro, for plaintiff in error. Ben Aronin, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

C. I. T. Corporation, appellant, v. William Weber et al., defendants. Frances Givens, appellee. Gen. No. 36,810.

Heard in the second division of this court for the first district at the June term, 1933. Opinion filed March 6, 1934.

Rothbart & Lewis, for appellant; Seymour M. Lewis, of counsel. Harmon & George, for appellee; Calvin M. George, of counsel.

Mr. Justice Gridley delivered the opinion of the court.